OPINION — AG — ** REGISTRATION FEES — REIMBURSEMENT — COUNTY ASSESSORS — MEETINGS ** THOSE COUNTY ASSESSORS AND THEIR DEPUTIES WHO, UPON REQUEST AS STATED, ACTUALLY ATTENDED THE INSTITUTE AND WHO ACTUALLY PAID THE REGISTRATION FEE OF $3.00 OR $2.00 ARE ENTITLED BY LAW TO BE REIMBURSED FROM PUBLIC FUNDS FOR SAID EXPENSES. (CONVENTION, MEETINGS, FUNDS, COMPENSATION) CITE: 68 O.S. 15.19 [68-15.19] (JAMES P. GARRETT)